# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No.

MDL N0. 2570

This Document Relates to CHRIS NUNN

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **Chris Nunn**

2. Spousal Plaintiff's spouse or other party making loss of consortium claim: **Not Applicable**

3. Other Plaintiff and capacity: **Not Applicable**

4. Plaintiffs state of residence at the time of implant: **Illinois**

1

Cook Short Form Complaint

5. Plaintiffs state of residence at the time of injury: **Illinois**

6. Plaintiffs current state of residence: **Illinois**

7. District Court and Division in which venue would be proper absent direct filing: **United States District Court for the Central District of Illinois**

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ **Cook Incorporated**

    ☒ **Cook Medical LLC**

    ☒ **William Cook Europe ApS**

9. Basis of Jurisdiction:

    ☒ **Diversity of Citizenship**

    a. **Paragraphs in Master Complaint upon which venue and jurisdiction lie:**

    **23, 24, 25, 26, 27 and 28.**

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ **Cook Celect® Vena Cava Filter**

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

_____

11. Date of Implantation as to each product: **July 26, 2016**

_____

12. Hospital where Plaintiff was implanted: **Blessing Heart & Vascular Center**

_____

13. Implanting Physician: **Stilianos Efstratiadis, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ **Count I:** **Strict Products Liability - Failure to Warn**

    ☒ **Count II:** **Strict Products Liability – Design Defect**

    ☒ **Count III:** **Negligence**

    ☒ **Count IV:** **Negligence Per Se**

    ☒ **Count V:** **Breach of Express Warranty**

    ☒ **Count VI:** **Breach of Implied Warranty**

    ☒ **Count VII:** **Violations of Applicable Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices**

    ☐ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☐ Count X: Survival

    ☒ **Count XI:** **Punitive Damages**

    ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

    _____

15. Attorney for Plaintiff(s):

    **Richard J. Plezia**

3

Cook Short Form Complaint

16. Address and bar information for Attorney for Plaintiff(s):

**RICHARD J. PLEZIA & ASSOCIATES**
2909 Hillcroft Ave., Suite 575
Houston, Texas 77057
Texas Bar No. 16072800

Respectfully submitted,

*/s/ Richard J. Plezia*_____
RICHARD J. PLEZIA
Texas Bar No. 16072800
**RICHARD J. PLEZIA & ASSOCIATES**
2909 Hillcroft Ave., Suite 575
Houston, Texas 77057
Telephone: 713-800-1151
Facsimile: 281-602-7735
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was furnished via electronic filing, U.S. Mail and/or facsimile to the following counsel on January 11, 2018.

*/s/ Richard J. Plezia*_____
RICHARD J. PLEZIA

Cook Short Form Complaint